FILED
CLERK, U.S. DISTRICT COURT

JUL - 7 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAUSTINO LANDEROS,<br><br>Petitioner,<br><br>v.<br><br>K. HARRINGTON, Warden,<br><br>Respondent. | Case No. CV 09-2563 RGK (JCG)<br><br>JUDGMENT |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE**.

DATED: JUL - 7 2010

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE